USDC No. 3:23CV298-SA-JMV

## IN THE CIRCUIT COURT OF TUNICA COUNTY, MISSISSIPPI

**JACK REHM**                                                       **PLAINTIFF**

**VS.**                                                  **CAUSE NO. 2023-0059**

**CAESARS ENTERTAINMENT, INC. d/b/a**
**HORSESHOE TUNICA and THE SERVICE**
**COMPANIES, INC.**                                     **DEFENDANTS**

### COMPLAINT

COMES NOW the Plaintiff Jack Rehm, by counsel, and for cause of action against Defendants Caesars Entertainment, Inc. d/b/a Horseshoe Tunica and The Service Companies, Inc., states the following:

1. The Plaintiff is an adult resident citizen of Missouri.

2. Defendant Caesars Entertainment, Inc. d/b/a Horseshoe Tunica (hereinafter "Horseshoe") is a Delaware corporation registered to do business in the State of Mississippi which may be served with process by service upon Corporation Service Company, its registered agent for service of process, at 109 Executive Drive, Suite 3, Madison, MS 39110.

3. Defendant The Services Companies, Inc. (hereinafter "TSC") is a Florida corporation registered to do business in the State of Mississippi which may be served with process by service upon Corporate Creations Network, Inc., its registered agent for service of process, at 232 Market Street #1600, Flowood, MS 39232.

4. At all times mentioned herein, Defendant Horsehoe owned and operated the casino known as the Horseshoe Tunica located in Tunica County, Mississippi.

5. Upon information and belief, at all times herein, Defendant Horseshoe contracted with Defendant TSC for cleaning services, including the cleaning of Defendant Horseshoe's public restrooms.

**FILED**

JUN 05 2023

TUNICA COUNTY, MISS.
SHARON G. REYNOLDS, CIRCUIT CLERK
BY_____ D.C.

Exhibit "A"

6. On or about August 14, 2020, the Plaintiff was a business invitee of Defendant Horseshoe.

7. While walking in a careful and prudent manner, the Plaintiff slipped and fell due to a wet and/or slippery substance on the floor of one of Defendant Horseshoe's public restrooms.

8. The wet and/or slippery substance constituted a dangerous condition and slipping hazard on the premises of Defendant Horseshoe.

9. As a result of the presence of this dangerous condition, the Plaintiff fell to the floor with great force, causing him to be injured.

10. Upon information and belief, Defendants Horseshoe and/or TSC caused the dangerous condition to be present at the time of the Plaintiff's fall. Further, Defendants Horseshoe and/or TSC knew or should have known of the presence of the dangerous condition which caused the Plaintiff to fall but did not take appropriate steps to eliminate and/or warn of the dangerous condition. The negligence of Defendants created a dangerous condition for all business invitees, including the Plaintiff.

11. As a result of his fall caused by the Defendants' negligent acts and omissions, the Plaintiff sustained serious injuries to various parts of his body and incurred medical expenses.

12. As a direct and proximate result of the negligence of the Defendants, the Plaintiff suffered the following damages:

    a. All medical and hospital expenses incurred as a result of his injuries;

    b. Any and all future medical expenses which would be necessarily incurred;

    c. Permanent impairment with resulting future pain and suffering;

    d. Mental and emotional distress;

e.  Past, present and future physical pain and suffering;

f.  Loss of enjoyment of life; and

g.  Any and all other losses and damages arising from the aforesaid negligence of the Defendant.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully demands judgment of, from, and against Defendants Caesars Entertainment, Inc. d/b/a Horseshoe Tunica and The Service Companies, Inc. in an amount to be determined by the jury as actual and compensatory damages as well as costs, attorney's fees, and any other relief to which the Plaintiff may be entitled.

THIS, the 31st day of May, 2023.

Respectfully submitted,

KITTELL LAW FIRM
Post Office Box 568
283 Losher Street, Suite B
Hernando, Mississippi 38632
Telephone (662) 298-3456
Fax (855) 896-8772

BY: _____
CHRISTOPHER E. KITTELL, MSB # 99615