IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JACK REHM                                                                                                       PLAINTIFF

v.                                                          CIVIL ACTION NO. 3:23-CV-298-SA-JMV

ROBINSON PROPERTY GROUP, LLC d/b/a
HORSESHOE TUNICA and THE SERVICE
COMPANIES, INC.                                                                 DEFENDANTS

ORDER REMANDING CASE

Now before the Court is the parties' Joint Motion to Remand [43]. The Motion [43] is GRANTED. This case is hereby REMANDED to the Circuit Court of Tunica County, Mississippi. The Clerk of Court is directed to take all steps necessary to accomplish the remand. This CASE is CLOSED.

SO ORDERED, this the 9th day of April, 2024.

                                                                            /s/ Sharion Aycock
                                                                            UNITED STATES DISTRICT JUDGE